UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** | 25-1313

**Case Name** | Pacito, et al., v. Trump, et al.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> Defendants-Appellants seek a stay pending appeal of the district court's February 28, 2025 Order, enjoining the government from enforcing or implementing Executive Order 16153 §§ 3(a), (b), and c, and § 4 in its entirety.

Relief is needed no later than *(date)*: March 21, 2025

The following will happen if relief is not granted within the requested time:

> The district court's injunction is inflicting irreparable harm by preventing the Executive from exercising its authority regarding refugee admissions into the United States. It will have the effect of causing individuals to be granted refugee status that is difficult or impossible to reverse, even though the President has specifically determined that their entry into the U.S. is detrimental to the national interest and any funds that are disbursed will be difficult, if not impossible, to recover.

I could not have filed this motion earlier because:

> Defendant-Appellants requested a stay pending appeal from the district court twice. The district court described the first request as "premature;" and Defendant-Appellants moved for a stay pending appeal on the next business day following the district court's order, asking for a ruling by close of business on March 7, 2025. As of the filing of this motion, there has been no ruling.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

I requested this relief in the district court or other lower court: ⦿ Yes  ◯ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ⦿ Yes  ◯ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: March 7, 2025

By *(method)*: email

Position of other parties: Opposed

Name and best contact information for each counsel/party notified:

Deepa Alagesan
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor, New York, New York 10004
Telephone: (646) 939-9169
dalagesan@refugeerights.org

Defendants-Appellants also notified the additional counsel listed for Plaintiffs-Appellees.

I declare under penalty of perjury that the foregoing is true.

**Signature**: /s/ Nancy K. Canter     **Date**: 3/8/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 16**  2  Rev. 11/21/2019