

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PACITO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellants. | No. 25-1313 <br><br> D.C. No. 2:25-cv-00255-JNW <br> Western District of Washington, Seattle <br><br> ORDER |

Before: SILVERMAN, BADE, and DE ALBA, Circuit Judges.

This court is informed that the government's motion to stay the preliminary injunction, filed in the district court on March 3, 2025, remains undecided. The district court is respectfully requested to rule on the motion by no later than 12:00 PM PDT on Friday, March 21, 2025.

The clerk will serve this order on District Judge Whitehead.