**Nos. 25-1313, 25-1939**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————————

**PACITO, et al.**,
                                Plaintiffs-Appellees,

v.

**DONALD J. TRUMP, et al.**,
                                Defendants-Appellants.

———————————

On Appeal from the United States District Court
for the Western District of Washington
District Court Case No. 2:25-cv-255

———————————

### DEFENDANTS-APPELLANTS MOTION TO CONSOLIDATE AND TO
### SET A NEW BRIEFING SCHEDULE

———————————

Defendants-Appellants, through undersigned counsel, move to consolidate the above captioned appeals. In *Pacito v. Trump*, Case No. 25-1312, Defendants-Appellants seek review of the district court's February 25, 2025 nationwide injunction, prohibiting Defendants-Appellants from implementing §§ 3(a), (b), (c), and 4 of Executive Order 14163, *Realigning The United States Refugee Admissions Program* ("USRAP"); suspending or implementing the suspension of refugee processing, decisions, and admissions; suspending or implementing the suspension of USRAP funds; and withholding reimbursements to resettlement partners for work performed prior to January 20, 2025. In *Pacito v.*

1

*Trump*, Case No. 25-1939, Defendants-Appellants seek review of the district court's March 24, 2025 Order, entering another nationwide injunction prohibiting Defendants-Appellants from enforcing or implementing Defendants-Appellants' termination of USRAP-related funding provided to resettlement partners through cooperative agreements.

Defendants-Appellants request that the above-captioned appeals be consolidated as the cases involve substantial overlap of facts and legal arguments with respect to suspension or termination of USRAP funding. Consolidation would promote judicial economy, streamlines this litigation, reduces duplication of effort, saves time and resources, and benefits both the Court and the parties.

Defendants-Appellants further request that the Court vacate the current briefing schedule in Case No. 25-1313 and set a new, consolidated briefing schedule with one Preliminary Injunction Opening Brief due on April 22, 2025 and one Answering Brief due May 20, 2025.

On March 26, 2025, undersigned counsel contacted counsel for Plaintiffs-Appellees to seek their position on the instant motion and was informed that Plaintiffs-Appellees consent to the instant motion.

WHEREFORE, Defendants-Appellants respectfully request that the Court grant this request to consolidate Case Nos. 25-1313 and 25-1939 and set a new briefing schedule.

Respectfully submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST FLENTJE
*Acting Director*

*/s/ Nancy K. Canter*
NANCY K. CANTER
*Senior Litigation Counsel*

JOSEPH MCCARTER
ALEXANDRA YEATTS
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
Washington, DC 20005

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, counsel for Defendants-Appellants electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system and that service will be accomplished via the CM/ECF system.

/s/ Nancy K. Canter
NANCY K. CANTER
Dated:  March 26, 2025          Attorney for Defendants-Appellants