UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PACITO; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>    Defendants - Appellants. | No. 25-1939<br>     25-1313<br><br>D.C. No.<br>2:25-cv-00255-JNW<br>Western District of Washington, Seattle<br><br>ORDER |

    The unopposed motion (Docket Entry No. 3 in 25-1939, 31 in 25-1313) to consolidate these appeals is granted.

    The consolidated opening brief is due April 22, 2025. The consolidated answering brief is due May 20, 2025. The optional consolidated reply brief is due within 21 days after the consolidated answering brief is served.

                                FOR THE COURT:

                                MOLLY C. DWYER<br>
                                CLERK OF COURT