UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PACITO; et al., <br><br>       Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br>       Defendants - Appellants. | No. 25-1313 <br><br> D.C. No. 2:25-cv-00255-JNW <br> Western District of Washington, Seattle <br><br> ORDER |
| PACITO; et al., <br><br>       Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br>       Defendants - Appellants. | No. 25-1939 <br> D.C. No. 2:25-cv-00255-JNW <br> Western District of Washington, Seattle |

The unopposed motion (Docket Entry No. 40) for leave to file a motion for clarification is granted.

The motion (Docket Entry No. 35) for clarification raises issues that warrant a response. *See* 9th Cir. R. 27-10. The response is due April 15, 2025. The optional reply in support of the motion for clarification is due April 17, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT