**Nos. 25-1313, 25-1939**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**PACITO, et al.**,

                            Plaintiffs-Appellees,

v.

**DONALD J. TRUMP, et al.**,

                            Defendants-Appellants.

On Appeal from the United States District Court
for the Western District of Washington
District Court Case No. 2:25-cv-255

## EXCERPTS OF RECORD INDEX

                       YAAKOV M. ROTH
                         *Acting Assistant Attorney General*
                       DREW C. ENSIGN
                         *Deputy Assistant Attorney General*
                       ERNESTO MOLINA
                         *Deputy Director*
                     DAVID KIM
                         *Senior Litigation Counsel*
                     JOSEPH MCCARTER
                     ALEXANDRA YEATTS
                     LINDSAY ZIMLIKI
                     JASON ZUBATA
                       *Trial Attorneys*
                     U.S. Department of Justice
                     Civil Division
                     Office of Immigration Litigation
                     Washington, DC 20005

# INDEX

Findings of Fact, Conclusions of Law, and Order Issuing Second Preliminary Injunction
    Dkt. No. 79..................................................................................ER-2

Findings of Fact, Conclusions of Law, and Order Issuing [First] Preliminary Injunction
    Dkt. No. 45................................................................................ ER-39

Minute Entry Issuing [First] Preliminary Injunction
    Dkt. No. 39.............................................................................. ER-101

Plaintiffs' Reply in Support of Motion for Preliminary Injunction on Supplemental Pleading
    Dkt. No. 67.............................................................................. ER-104

Exhibits in support of Plaintiffs' Motion for Preliminary Injunction on Supplemental Pleading
    Dkt. Nos. 68-1 – 68-3............................................................... ER-117

Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction on Supplemental Pleading
    Dkt. No. 61.............................................................................. ER-137

Exhibits in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction on Supplemental Pleading
    Dkt. Nos. 61-1 – 61-2............................................................... ER-147

Exhibits in support of Plaintiffs' Motion for Preliminary Injunction on Supplemental Pleading
    Dkt. Nos. 58-1 – 58-3............................................................... ER-733

Plaintiffs' Motion for Preliminary Injunction on Supplemental Pleading
    Dkt. No. 57.............................................................................. ER-767

First Supplemental Complaint for Declaratory and Injunctive Relief
    Dkt. No. 56.............................................................................. ER-784

Plaintiffs' Reply in Support of Motion for Preliminary Injunction
    Dkt. No. 36 .................................................................................... ER-833

Opposition to Plaintiffs' Motion for a Preliminary Injunction
    Dkt. No. 31 .................................................................................... ER-852

Exhibits in support of Opposition to Plaintiffs' Motion for a Preliminary Injunction
    Dkt. Nos. 31-1 – 31-4 ................................................................... ER-888

Plaintiffs' Motion for Preliminary Injunction
    Dkt. No. 14 .................................................................................... ER-907

Exhibits in support of Plaintiffs' Motion for Preliminary Injunction
    Dkt. Nos. 15-14 – 15-25 ................................................................ ER-939

Complaint for Declaratory and Injunctive Relief
    Dkt. No. 1 .................................................................................... ER-1151

Notice of Appeal of [Second] Preliminary Injunction
    Dkt. No. 80 .................................................................................. ER-1097

Notice of Appeal of [First] Preliminary Injunction
    Dkt. No. 46 .................................................................................. ER-1099

Docket Sheet – *Pacito v. Trump*, 2:25-cv-255 (W.D. Wash)
    ................................................................................................... ER-1101