# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**: 25-1313; 25-1939

**Case Name**: Pacito, et al. v. Trump, et al.

**Hearing Location** (*city*): Portland

**Your Name**: Linda Evarts

List the sitting dates for the two sitting months you were asked to review:

August 18-22; October 20-24

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

August 18-22: I have a long-planned family vacation this entire week, and I am the lead drafter of the appeal and plan to argue for Plaintiffs at the hearing.

Plaintiffs conferred with Defendants' counsel and proposed requesting transfer of the hearing location to Seattle, for the case to be heard during the August 11-15 or September 15-19 sittings. Defendants represented that they take no position.

If it is not possible for the Court to accommodate Plaintiffs' proposed request, Plaintiffs respectfully ask that the argument be scheduled during the October 20-24 sitting or on August 18.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

n/a

**Signature**: s/Linda B. Evarts  **Date**: May 2, 2025

(use "s/[typed name]" *to sign electronically-filed documents*)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**  *New 12/01/2018*