UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PACITO; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>        Defendants - Appellants. | No. 25-1313<br><br>D.C. No.<br>2:25-cv-00255-JNW<br>Western District of Washington, Seattle<br><br>ORDER |
| PACITO; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>        Defendants - Appellants. | No. 25-1939<br>D.C. No.<br>2:25-cv-00255-JNW<br>Western District of Washington, Seattle |

The parties are ordered to submit supplemental briefs addressing the effect upon this case of the Supreme Court's decision in *Trump v. CASA, Inc.*, No. 24A884, __ S.Ct. __, 2025 WL 1773631 (U.S. June 27, 2025). These

supplemental briefs shall be no longer than ten pages or 2,800 words and shall be submitted no later than 14 days after the entry of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT