# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** | 25-1313, 25-1939

**Case Name** | Pacito, et al. v. Trump, et al.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> Defendants-Appellants ask the Court to clarify or enforce its stay order (Dkt. No. 28.1) or amend the order to provide a full stay of the district court's February 28, 2025 Order, enjoining the government from enforcing or implementing Executive Order 14163 § 3(a)–(c) and § 4.

Relief is needed no later than *(date)*: Jul 21, 2025

The following will happen if relief is not granted within the requested time:

> Despite this Court largely staying the district court's injunction save a narrow carveout for individuals in transit with "a strong reliance interest" comparable to Plaintiff Pacito's (Dkt. Nos. 28.1, 46.1, 64.1), the district court continues to impose extremely burdensome compliance mandates on the government. In particular, on July 14, 2025, despite this Court's comprehensive stay, the district court issued an "injunction compliance framework" order that imposes stringent procedures on the government far beyond anything this Court has contemplated with the narrow carveout. Among other things, the order simply presumes broad categories of refugee applicants are entitled to protection under the carveout and places the burden on the government to prove otherwise.

I could not have filed this motion earlier because:

> The district court issued its order just three days ago, on July 14. Since then, government counsel and agency clients have needed time to review and confer on the order and determine whether to seek appellate relief. In addition, Defendants have been working diligently on the supplemental brief ordered by this Court on the CASA decision, filed today, July 17. See Dkt. No. 106.1.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

I requested this relief in the district court or other lower court: ◯ Yes  ⦿ No

If not, why not:

> The district court's order requires that the government almost immediately begin identifying and then processing a "universe" of individuals for admissions, in contravention of this Court's broad stay of the injunction and its clarifications regarding the carveout's narrow scope.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ⦿ Yes  ◯ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: July 16, 2025

By *(method)*: E-mail

Position of other parties: Opposed

Name and best contact information for each counsel/party notified:

> Jonathan Hawley
> Perkins Coie
> 1201 3rd Ave
> Seattle, WA 98101
> (206) 359-6469

I declare under penalty of perjury that the foregoing is true.

**Signature**  s/ Joseph A. McCarter     **Date** Jul 17, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov