

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PACITO; et al., <br><br>     Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br>     Defendants - Appellants. | No. 25-1313 <br><br> D.C. No. 2:25-cv-00255-JNW <br> Western District of Washington, Seattle <br><br> ORDER |
| PACITO; et al., <br><br>     Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br>     Defendants - Appellants. | No. 25-1939 <br> D.C. No. 2:25-cv-00255-JNW <br> Western District of Washington, Seattle |

    The court has received the government's emergency motion to enforce, clarify, or amend stay order. Dkt. Nos. 107, 108. We issue an administrative stay pending our determination of the emergency motion. The district court's July 14 order "establishing injunction implementation framework and appointing magistrate

judge" is thus temporarily stayed pending further order. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019) (allowing courts to issue an administrative stay).

The plaintiffs shall respond to the emergency motion by July 23 at 12:00 noon PDT. The optional reply in support of the emergency motion is due July 25 at 5:00 pm PDT. The court will advise the parties if it believes a remote hearing by Zoom will be helpful.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT