**Perkins Coie**

| | |
|---|---|
| Perkins Coie LLP | T. +1.206.359.8000 |
| 1301 Second Avenue | F. +1.206.359.9000 |
| Suite 4200 | perkinscoie.com |
| Seattle, WA 98101-3804 | |

Harry H. Schneider, Jr.
HSchneider@perkinscoie.com
D. +1.206.359.8508
F. +1.206.359.9508

July 19, 2025

**VIA CM/ECF**

Molly Dwyer, Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

**Re:** ***Pacito et al. v. Trump et al.*, Case Nos. 25-1313, 25-1939**

Dear Ms. Dwyer:

Earlier today, given Defendants-Appellants' request for a ruling on their pending emergency motion by July 21, *see* Dkt. 108.1, Plaintiffs-Appellees ("Plaintiffs") moved for leave to file a provisional opposition brief, *see* Dkt. 110.1. In that brief, Plaintiffs stated that, "should the Court conclude that further briefing and consideration of the [emergency] motion is appropriate, Plaintiffs respectfully ask that a briefing schedule be ordered and they be allowed to file a twenty-page response pursuant to Circuit Rule 27-1(1)(d)." *Id.* at 1.

In light of the Court's administrative stay and ordered briefing schedule, Plaintiffs now intend to "respond to the emergency motion by July 23 at 12:00 noon PDT." Dkt. 111.1 at 2. Plaintiffs will file an opposition brief by that deadline.

As Plaintiffs' motion for leave to respond is now moot, Plaintiffs can withdraw that motion or otherwise update the docket as the Court instructs.

Respectfully submitted,

*s/ Harry H. Schneider, Jr.*

Harry H. Schneider, Jr.
*Counsel for Plaintiffs*

*cc: All Counsel of Record*